UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>   vs.<br><br><br><br>APPROXIMATELY $30,000<br>IN U.S. CURRENCY,<br><br>           Defendant.<br>_____/ | CASE NO. CV F 13-1542 LJO GSA<br>**NEW CASE NO. CV F 13-1542 GSA**<br><br>**ORDER TO ASSIGN ACTION TO U.S.**<br>**MAGISTRATE JUDGE FOR ALL**<br>**PURPOSES**<br><br>(Docs. 13, 14.) |

All appearing parties/claimants have consented to the conduct before a U.S. Magistrate Judge of all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. §636(c)(1). Accordingly, this Court ASSIGNS this action to U.S. Magistrate Judge Gary S. Austin for all further purposes and proceedings. Further papers shall bear the new case number **CV F 13-1542 GSA**.

U.S. District Judge Lawrence J. O'Neill will take no further action in this case. Law and motion, pretrial conference and trial dates will need to be reset before Magistrate Judge Austin as necessary.

IT IS SO ORDERED.

   Dated:   **January 15, 2014**              **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

1