```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEFFREY A. SPIVAK
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099
 6  Attorneys for United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $30,000.00 IN U.S. CURRENCY,<br><br>　　　　　　　Defendant. | Case No. 1:13-CV-01542 GSA<br><br>STIPULATION TO CONTINUE DISCOVERY AND DISCLOSURE DATES; ORDER THEREON<br><br>DOC. 17 |

　　　　The United States and Claimant Alfonso Ramos ("Ramos"), by and through their attorneys of record, hereby move for a continuance of certain discovery and disclosure dates currently set forth in the Court's Scheduling Order (ECF No. 16).

　　　　The parties jointly agree that to facilitate and complete full discovery in this case, the discovery and disclosure dates currently set forth in the Joint Scheduling Report and the Court's Scheduling Order issued pursuant thereto should be extended.  Such extension will have no effect on the trial date in this case.

///

///

///

///

///

The parties hereby stipulate and propose that the dates set forth in the Court's Scheduling Order (ECF No. 16) should be changed to the following dates:

| Scheduling Order Date | Current Date/Deadline | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Cutoff | July 11, 2014 | December 5, 2014 |
| Expert Disclosure | August 8, 2014 | December 5, 2014 |
| Supplemental Expert Disclosure | September 8, 2014 | January 2, 2015 |
| Expert Discovery Cutoff | November 7, 2014 | February 3, 2015 |
| Non-Dispositive Motion Filing | December 12, 2014 | March 3, 2015 |
| Dispositive Motion Filing | April 3, 2015 | No change |
| Pre-Trial Conference Date | July 10, 2015 | No change |
| Jury Trial Date | September 9, 2015 | No change |

DATED:  June 10, 2014

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

DATED:  June 10, 2014

/s/ Charles A. Pacheco
CHARLES A. PACHECO
Attorney for Claimant
Alfonso Ramos
(Original signature retained by attorney)

**ORDER**

The Court adopts the parties' stipulation set forth above, with the exception that the non-dispositive motion filing date is extended from December 12, 2014 to February 17, 2015.

IT IS SO ORDERED.

Dated:  **June 12, 2014**          **/s/ Gary S. Austin**

|   |   |
|---|---|
| 1 | UNITED STATES MAGISTRATE JUDGE |