1  BENJAMIN B. WAGNER
United States Attorney
2  JEFFREY A. SPIVAK
Assistant United States Attorney
3  United States Courthouse
2500 Tulare Street, Suite 4401
4  Fresno, California 93721
Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $30,000.00 IN U.S. CURRENCY,<br><br>  Defendant. | Case No. 1:13-CV-01542-LJO-GSA<br><br>STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUT-OFF; ORDER |
|---|---|

The United States and Claimant Alfonso Ramos ("Ramos"), by and through their attorneys of record, hereby move for a continuance of certain discovery and disclosure dates currently set forth in the Court's Scheduling Order (ECF No. 16) as modified by the Order Continuing Scheduling Order Dates (ECF No. 18).

The parties jointly agree that to facilitate and complete full discovery in this case, the discovery and disclosure dates currently set forth in the Joint Scheduling Report and the Court's Scheduling Order issued pursuant thereto should be extended. Such extension will have no effect on the trial date in this case.

///

///

///

///

Stipulation to Continue Non-expert Discovery Cut-off; Order     1

The parties hereby stipulate and propose that the dates set forth in the Court's Scheduling Order (ECF No. 16) as modified by the Court's subsequent Order (ECF No. 18) should be changed to the following dates:

| Scheduling Order Date | Current Date/Deadline | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Cutoff | December 5, 2014 | February 3, 2015 |
| Expert Disclosure | December 5, 2014 | No change |
| Supplemental Expert Disclosure | January 2, 2015 | No change |
| Expert Discovery Cutoff | February 3, 2015 | No change |
| Non-Dispositive Motion Filing | March 3, 2015 | No change |
| Dispositive Motion Filing | April 3, 2015 | No change |
| Pre-Trial Conference Date | July 10, 2015 | No change |
| Jury Trial Date | September 9, 2015 | No change |

DATED: December 5, 2014

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney


 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

DATED: December 5, 2014

/s/ Charles A. Pacheco
CHARLES A. PACHECO
Attorney for Claimant
Alfonso Ramos

///
///
///
///
///
///
///

Stipulation to Continue Non-expert Discovery Cut-off; Order         2

# **ORDER**

Based on the foregoing stipulation, the non-expert discovery cut-off set forth in the Court's Scheduling Orders (ECF No. 16 and 18) shall be extended to February 3, 2015.

IT IS SO ORDERED.

Dated:   **December 5, 2014**                    **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE