**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>APPROXIMATELY $30,000.00 IN U.S. CURRENCY,<br><br>                    Defendant. | 1:13-CV-01542-GSA<br><br>**ORDER TO SHOW CAUSE TO CLAIMANT ALFONSO RAMOS**<br><br>**RE: FAILURE TO COMPLY WITH THIS COURT'S DISCOVERY ORDER ISSUED ON JANUARY 16, 2015.** |

      On January 15, 2015, this Court issued an order granting the United States' Motion to Compel and ordered that Claimant Alfonso Ramos ("Claimant") provide information requested in Interrogatory #1, Interrogatories Set Two, no later than February 3, 2015. (Doc. 25).  This information related to contact information of Pricilla Thompson, a woman who this Court determined possesses relevant information corroborating or contradicting Claimant's purpose for traveling to Los Angeles which has become a central issue in this matter. The order advised the Claimant that failure to provide the requested information would subject him to the full range of discovery sanctions set forth in Fed. R. Civ. Pro. 27(b)(2), including *inter alia*, entry of judgment against the disobedient party.  (Doc. 25, pg. 3, lines 15-19).

      On April 3, 2015, the United States filed a Motion to Strike the Claim and Answer of Alfonso Ramos filed on December 13, 2013, and December 31, 2013 respectively, based on his failure to provide the requested information in Interrogatory #1. (Doc. 26).  The United States also requests that the Court enter default judgment against Alfonso Ramos, and issue a final order of judgment of forfeiture in this case, as default has already been issued against potential claimants Marcus Valencia and Ignacio

Estevez Osio on January 7, 2014. (Doc. 11).

On April 3, 2015, Claimant's attorney filed a declaration indicating that he has been unable to secure Alfonso Ramos' cooperation in complying with the Court's order, and was unable to provide any legal basis for his client's failure to provide the Court ordered information. (Doc. 27).

Given the above, this Court is inclined to grant the United States' motion to Strike the Claimants' Claim and Answer, grant default judgment, and issue a final order of forfeiture against Alfonso Ramos based on his failure to comply, as his failure to provide this information is very prejudicial to the government. However, the Court will give the Claimant *one more opportunity* to either explain his failure to comply with this Court's order, or alternatively to provide the requested information.

Accordingly, **no later than July 17, 2015**, Claimant Alfonso Ramos, shall either file a response to this Order to Show Cause outlining a legal basis for his failure to comply with this Court's order, or alternatively, provide the requested information in Interrogatory 1, Interrogatories Set Two. Counsel for Claimant is directed to serve this order on Claimant Alfonso Ramos, no later than **July 8, 2015**, and file a proof of service **no later July 10, 2015**.

**Failure to comply with this Order to Show Cause will result in the striking of Claimant's Claim and Answer, an entry of default judgment, and a Final Judgment of Forfeiture against him, as well as the imposition of any of the other sanctions outlined in Fed. Rule of Civ. P. 37(b)(2).**

IT IS SO ORDERED.

Dated: **July 1, 2015**              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE