IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:13-CV-01542-GSA |
| Plaintiff, | ) ) | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | ) ) | |
| APPROXIMATELY $30,000.00 IN U.S. CURRENCY, | ) ) ) | |
| Defendant. | ) ) | |

Based on the Order Granting Plaintiff's Motion to Strike the claim and Answer of Alfonso Ramos and Granting Plaintiff's Motion for Default Judgment issued on August 28, 2015 (Doc. 32), IT IS HEREBY ORDERED that :

1. Alfonso Ramos, Marcus Valencia, and Ignacio Estevez Osio are held in default.

2. The Clerk is hereby directed to enter a Clerk's Entry of Default against any right, title, or interest in the Defendant Approximately $30,000.00 in U.S. Currency (hereafter "the Defendant Currency") of Alfonso Ramos.

3. A judgment by default is hereby entered against any right, title, or interest in the Defendant Currency of Alfonso Ramos, Marcus Valencia, Ignacio Estevez Osio, and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the Defendant Currency, including all right, title, and interest of Alfonso Ramos, Marcus

Valencia, and Ignacio Estevez Osio; and vesting all right, title, and interest in the Defendant Currency in the United States, to be disposed of according to law.

    5.  All parties shall bear their own costs and attorney's fees.

    6.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 1, 2015**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2   Default Judgment and Final Judgment of Forfeiture